```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

UNITED STATES OF AMERICA,

vs.                                    Case No. 2:05-Cr-4-FTM-29DNF

ESPIRION J. ARELLANO,

        Defendant.

_____

**ORDER**

This matter is before the Court on consideration of the Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. #39), filed on April 28, 2005. The Report and Recommendation recommends that defendant Espirion J. Arellano's Motion to Suppress (Doc. #29) be denied. No objections have been filed by either party and the time to file objections has now expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b()1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  A district judge "shall make a de novo determination of those portions of the report or specified prosed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. by Ernest S. v. State Bd. Of Educ. Of Ga., 896 F.2d 507, 512 (11th Cir.

1990)(quoting H.R. REP. No. 94-1609, 94th Cong., 2d Sess., reprinted in 1976 U.S.C.C.A.N. 6162, 6163).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

Having reviewed the entire matter *de novo*, the Court agrees with the Report and Recommendation, and will therefore accept and adopt its recommendation.

Accordingly, it is now

**ORDERED**:

1.  The Report and Recommendation (Doc. #39) is accepted and adopted.

2.  Defendant Espirion J. Arellano's Motion to Suppress (Doc. #29) is **DENIED.**

**DONE AND ORDERED** at Fort Myers, Florida, this ___1st___ day of June, 2005.

*/s/ John E. Steele*
JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
Counsel of Record
DCCD