UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ESPIRION L. ARELLANO,

        Petitioner,

                                            2:06-cv-605-FtM-29DNF
vs.                                         2:05-cr-4-FtM-29DNF

UNITED STATES OF AMERICA,

        Respondent.
_____

## OPINION AND ORDER

    This matter comes before the Court on petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Doc. #1).  On December 11, 2007, the undersigned filed an Opinion and Order (Doc. #7) denying the motion on all grounds except the issue of whether petitioner was denied effective assistance of counsel when his attorney failed to file a direct appeal.  This issue was referred to the magistrate judge.

    On March 10, 2008, the magistrate judge filed a Report and Recommendation (Doc. #16) finding that counsel had been ineffective in failing to file a notice of appeal and recommending a procedure by which petitioner will be allowed a direct appeal.  No objections have been filed, and the time to do so has expired.

    After reviewing the Report and Recommendation, the Court accepts and adopts its findings and conclusions.  Petitioner is entitled to a belated appeal because of the ineffective assistance of counsel in failing to file a notice of appeal.  Therefore, the procedure described in United States v. Phillips, 225 F.3d 1198,

1201 (11th Cir. 2000) will be applied to this case.  Pursuant to <u>McIver v. United States</u>, 307 F.3d 1327, 1332 (11th Cir. 2002), the Court will dismiss without prejudice the remainder of petitioner's current § 2255 motion.

Accordingly, it is now

**ORDERED**:

1.  The Magistrate Judge's Report and Recommendation (Doc. #16) is **accepted and adopted** and the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Doc. #1) is **GRANTED** as to Ground II.

2.  The portion of the December 11, 2007 Opinion and Order (Doc. #7) denying the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Doc. #1) as to Grounds I, III, and IV is **vacated**.  These issues are **dismissed without prejudice**.

3.  Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Doc. #1) is **GRANTED IN PART AND DISMISSED IN PART** as set forth above.  The Clerk shall enter a judgment in the civil case granting in part and dismissing in part the Petition.

4.  In Case No. 2:05-cr-4-FtM-29DNF, the Judgment in a Criminal Case (Doc. #56) as to Espirion L. Arellano is **vacated.**

5. Defendant Espirion L. Arellano is **re-sentenced** to the same sentence as originally imposed in the Judgment in a Criminal Case

(Case No. 2:05-cr-4, Doc. #79), and the Clerk of the Court shall enter a new Judgment in a Criminal Case imposing the same terms as originally imposed.

6. Defendant Espirion L. Arellano is advised that he has a right to appeal from the conviction and sentence in the Judgment in a Criminal Case to be entered pursuant to this Opinion and Order, and that to do so he must file a Notice of Appeal within **TEN (10) DAYS** of the entry of the Judgment in a Criminal Case. FED. R. APP. P. 4(b)(1)(A)(I).

7. Pursuant to FED. R. CRIM. P. 32(j)(2), the Clerk of the Court is directed to prepare and file a notice of appeal from the judgment in the criminal case to be entered pursuant to this Opinion and Order.

8. The Court finds that defendant is entitled to proceed *in forma pauperis* and directs the Clerk of the Court to appoint Criminal Justice Act panel attorney Mark J. O'Brien to represent defendant on appeal from the criminal judgment in the criminal case.

9. The Clerk shall file a copy of this Opinion and Order in the criminal case file, along with a certified copy of the civil judgment, and close the civil case file.

**DONE AND ORDERED** at Fort Myers, Florida, this ___15th___ day of April, 2008.

_____
JOHN E. STEELE
United States District Judge

```
Copies:
Counsel of Record
Espirion L. Arellano
Mark J. O'Brien
DCCD
MAGCD
```
Copies:
Counsel of Record
Espirion L. Arellano
Mark J. O'Brien
DCCD
MAGCD

Copies:
Counsel of Record
Espirion L. Arellano
Mark J. O'Brien
DCCD
MAGCD